[No. 67561-3-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. A.C.-M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00736-9, Christopher A. Washington, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 67571-1-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. VANLA INTHIRATHVONGSY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00494-1, Douglass A. North, J., entered August 16, 2011. *Remanded with instructions* by unpublished per curiam opinion.

[No. 67752-7-I. Division One. September 24, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. D.W., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-03095-8, Christopher A. Washington, J., entered September 16, 2011. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 67840-0-I. Division One. September 24, 2012.]

REGIS J. COSTELLO, *Individually and as Personal Representative, Appellant*, v. THE UNIVERSITY OF WASHINGTON MEDICAL CENTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-15367-3, Bruce W. Hilyer, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.